IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE JAMES SMITH
ADC #127694                                                              PETITIONER

v.                              No. 5:16-cv-166-DPM

WENDY KELLEY                                                             RESPONDENT

## JUDGMENT

Smith's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2016